IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DALE ARMSTRONG and ANNA MARIE ARMSTRONG, Individually and as Co-Guardians Ad Litem for R.A., a Minor,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ROBERT GINLACK, CITY AND COUNTY OF HONOLULU, AND<br><br>    Defendants. | ) CIVIL NO. 05-00402 HG-KSC<br>)<br>) FINDINGS AND<br>) RECOMMENDATION TO GRANT<br>) PLAINTIFF'S *EX PARTE*<br>) PETITION FOR AUTHORITY TO<br>) COMPROMISE CLAIMS AGAINST<br>) DEFENDANT CITY AND COUNTY<br>) OF HONOLULU<br>)<br>)<br>)<br>)<br>)<br>) |

FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S *EX PARTE* PETITION FOR AUTHORITY TO COMPROMISE CLAIMS AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU

On August 9, 2006, Plaintiffs Dale and Anna Marie Armstrong, individually and as co-guardians ad litem of R.A., a minor ("Plaintiffs"), filed an *Ex Parte* Petition for Authority to Compromise Claims Against Defendant City and County of Honolulu ("Petition"). Pursuant to Federal Rule of Civil Procedure 54(d)(1), this matter was designated to this Court by Chief Judge Helen Gillmor on August 10, 2006.

Pursuant to Local Rule 7.2(d) of the Local Rules for the United States District Court for the District of Hawaii ("Local Rules"), the Court finds this matter suitable for disposition without a hearing.

After reviewing the Affidavit of Eric A. Seitz, the Court finds good cause exists to GRANT Plaintiffs' Petition.  The Court hereby FINDS and RECOMMENDS that Plaintiffs' Petition be GRANTED and that the requested attorney's fees be approved.

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, August 15, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

CIV. NO. 05-00402 HG-KSC; DALE ARMSTRONG, et al. v. ROBERT GINLACK, et al. ; FINDING AND RECOMMENDATION TO GRANT EX PARTE PETITION FOR AUTHORITY TO COMPROMISE CLAIMS AGAINST DEFENDANT CITY AND COUNTY OF HONOLULU