IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DALE ARMSTRONG and ANNA MARIE ARMSTRONG, Individually and as Co-Guardians Ad Litem for R.A., a Minor,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ROBERT GINLACK, CITY AND COUNTY OF HONOLULU, ET AL.<br><br>　　　　Defendants. | CIVIL NO. 05-00402 HG-KSC |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION**

　　Findings and Recommendation having been filed and served on all parties on August 16, 2006, and no objections having been filed by any party,

　　IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiff's Ex Parte Petition for Authority to Compromise Claims against Defendant City and County of Honolulu" (Doc. 39) are adopted as the opinion and order of this Court.

　　Plaintiffs' Ex Parte Petition for Authority to Compromise Claims Against Defendant City and County of Honolulu (Doc. 37) is HEREBY GRANTED and the requested attorneys' fees are approved.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 14, 2006.



/s/ Helen Gillmor
Chief United States District Judge

Civil No. 05-00402 HG-KSC; <u>Dale Armstrong, et al. v. Robert Ginlack, et al.</u>; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION